# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MARY A. EATON, (2) LAKESHA MARTIN, (3) LYNNETTE D. GARRETT, and (4) CONNIE M. PAYNE,<br><br>      Plaintiffs,<br><br>vs.<br><br>(1) NORTH WINDS LIVING CENTER, INC., a domestic for profit business corporation,<br><br>      Defendant. | Case No. CIV-13-1309-R |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), all parties to this action stipulate that the action is to be dismissed with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

/s/ Terry A. Hall
Terry A. Hall, OBA #10668
**HALL, NALLEY & HOLLOWAY**
1101 N Harrison, Suite D
Shawnee, OK 74801
(405) 275-5242
(405) 260-9330 (fax)
email: thall@okhnhlaw.com
*Attorneys for Plaintiff*

/s/ Danny K. Shadid
Danny K. Shadid, OBA No. 8104
**DANNY K. SHADID, P.C.**
6301 Waterford Boulevard, Suite 110
Oklahoma City, Oklahoma 73118
Phone:   (405) 810-9999
Fax:   (405) 810-9901
E-mail: danny@shadidlaw.com
(signed by permission)
*Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 16, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Danny K. Shadid, Defendant's counsel, at his office address of record.

                         /s/ Terry A. Hall
                         Terry A. Hall

4847-3769-9608, v.  1